**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6524**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TERRILL LANIER WILLIAMS,

        Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:18-cr-00089-CCE-2)

Submitted:  October 18, 2022                                    Decided:  October 21, 2022

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terrill Lanier Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrill Lanier Williams appeals the district court's orders denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release and his motion for reconsideration. We review a district court's order granting or denying a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the district court did not abuse its discretion in analyzing the relevant 18 U.S.C. § 3553(a) factors. *See United States v. High*, 997 F.3d 181, 189 (4th Cir. 2021) (affirming district court's order denying compassionate release where "[t]he court's rationale . . . was both rational and legitimate under [18 U.S.C. § 3553(a)]" and "the court sufficiently explained its denial to allow for meaningful appellate review" (internal quotation marks omitted)). We therefore affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*